MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DEANDRE SIMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 2:20-cr-69 TLN
         Plaintiff,                       )
                                    ) STIPULATION AND ORDER
                                    ) TO ADVANCE THE ADMISSION
    v.                             ) HEARING
                                    )
DEANDRE SIMMONS,                 ) Requested admission date: 2-6-2025
        Defendant.                ) Time: 9:30 a.m.
                                    ) Judge: Hon. Troy L. Nunley
=================================)

STIPULATION REGARDING A NEW ADMIT DATE OF FEBRUARY 6, 2025

       It is hereby stipulated between the parties, Zulkar Khan, Assistant United States Attorney, and Michael D. Long, attorney for defendant DEANDRE SIMMONS, that the admit/deny hearing set for February 13, 2025, at 9:30 a.m. should be advanced and re-set for February 6, 2025, at 9:30 a.m.

       All parties are available to appear in this case on February 6, 2025.


Dated:  January 27, 2025                     Respectfully submitted,

                                               /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Deandre Simmons

Dated:  January 27, 2025                     MICHELE BECKWITH
                                             Acting United States Attorney

                                             /s/ Zulkar Khan
                                             ZULKAR KHAN
                                             Assistant U.S. Attorney

-2-

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The date for the status hearing in this matter is hereby advanced and re-set for February 6, 2025, at 9:30 a.m., before District Court Judge Troy L. Nunley.

Dated:  January 27, 2025

_____
Troy L. Nunley
Chief United States District Judge